DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANNE GEDDES,**
Petitioner,

v.

**JUPITER ISLAND COMPOUND, LLC** and **DOLPHIN SUITE, LLC,**
Respondents.

No. 4D22-1036

[June 29, 2022]

Petition for Writ of Certiorari to the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Gary L. Sweet, Judge; L.T. Case No. 43-2022-CA-000093.

Rodolfo Mayor and David Di Pietro of Di Pietro Partners, LLP, Fort Lauderdale, for petitioner.

Ethan J. Loeb, Cynthia G. Angelos, and Elliot P. Haney of Bartlett, Loeb, Hinds & Thompson, PLLC, Tampa, and Steven Gieseler and Nicholas M. Gieseler of Bartlett, Loeb, Hinds & Thompson, PLLC, Stuart, for respondents.

PER CURIAM.

Petitioner seeks certiorari review of a nonfinal order denying her motion to dismiss a complaint under Florida's Anti-SLAPP statute. *See* § 768.295, Fla. Stat. (2022). We dismiss the petition for lack of jurisdiction. *See WPB Residents for Integrity in Gov't, Inc. v. Materio*, 284 So. 3d 555, 558–61 (Fla. 4th DCA 2019). We also certify conflict with the Second District's decisions in *Gundel v. AV Homes, Inc.*, 264 So. 3d 304 (Fla. 2d DCA 2019), and *Davis v. Mishiyev*, 47 Fla. L. Weekly D1039 (Fla. 2d DCA May 11, 2022).

*Petition dismissed; conflict certified.*

GROSS, DAMOORGIAN and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***